UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,

    Plaintiff,

v.      Case No. 13-13260

SECOND ROUND, LP,

    Defendant.
                               /

**ORDER OF DISMISSAL**

The court has been notified that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **June 30, 2014**, to vacate this order if the settlement is not finalized. After **June 30, 2014**, this dismissal is with prejudice.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: April 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 30, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\13-13260.LONGORDO.Settlement.Conditional.Dismissal.chd.wpd